UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Wilmer Bolivar, on behalf of himself and
others similarly situated in the proposed
FLSA Collective Action,

                         Plaintiff,                      JUDGMENT

v.                                                  23-cv-05009-CBA-SJB

Kevin Guan, Jinguo Guan, and
America Plus Group Inc. (d/b/a Gekko Trading),

                         Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 5, 2023; and defendants, Kevin Guan, Jinguo Guan, and America Plus Group Inc. (d/b/a Gekko Trading), having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Wilmer Bolivar in the total sum of Twenty-One Thousand Dollars ($21,000.00); it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Wilmer Bolivar and against defendants, Kevin Guan, Jinguo Guan, and America Plus Group Inc. (d/b/a Gekko Trading), in the total sum of Twenty-One Thousand Dollars ($21,000.00).

Dated: Brooklyn, New York                                    Brenna B. Mahoney
       October 10, 2023                                        Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                 Deputy Clerk